# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Sammie Nunn III,<br><br>               Plaintiff,<br><br>    v.<br><br>Anthony Goldstein, et al.,<br><br>               Defendants. | Case No. 2:19-cv-01543-RFB-BNW<br><br>**ORDER** |

On August 31, 2020, the Court issued a report and recommendation, which recommended to the district judge that this matter be dismissed without prejudice because of plaintiff's failure to file an amended complaint by August 14, 2020. ECF No. 8. Plaintiff's record address is at High Desert State Prison ("HDSP"). Thus, the Court's report and recommendation was served upon plaintiff at HDSP Law Library's email address. *Id.* However, on September 3, 2020, the Court received notice from HDSP that plaintiff is no longer at HDSP because he was transferred. ECF No. 9. Thus, it appears that Plaintiff is no longer at the address on file with the court. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Plaintiff must file a notice with his current address with the court by September 23, 2020.

…

…

…

…

1    If Plaintiff does not update his address by that date, the court will recommend dismissal of this
2    case on this second, independent basis.
3           IT IS SO ORDERED.
4           DATED: September 10, 2020

                                                    _____
                                                    BRENDA WEKSLER
                                                    UNITED STATES MAGISTRATE JUDGE